**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          **Chapter 13**
   **KAREN E. ALEXANDER,**                 :
      **Debtor**                         :          **Bky. No.  17-18561 ELF**

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #86) is **APPROVED**.


**Date:  February 1, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**