IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Karen E Alexander | : Case No. 17-18561-pmm |
| Debtor(s) | |

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
SANTANDER BANK, N.A.
AND CERTIFICATE OF SERVICE

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Debtor had owed $4,000.00 and now she owes only $800.00.
7. Admitted.
8. Denied.
9. Debtor opposes the same.
10. Denied.
11. No objection.
12. Denied.
13. Debtor opposes the same.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: March 20, 2024

A copy of this Answer is being served on ANDREW L. SPIVACK, Esquire and the Chapter 13 Trustee.