United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18561-pmm
Karen E. Alexander  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 10, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen E. Alexander, 183-A West 65th Avenue, Philadelphia, PA 19120-1035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2024 00:22:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DAVID M. OFFEN
    on behalf of Debtor Karen E. Alexander dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES A. PROSTKO
    on behalf of Creditor SANTANDER BANK  N.A. paeb@fedphe.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 2

JEROME B. BLANK
        on behalf of Creditor SANTANDER BANK  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
        on behalf of Creditor Dovenmuehle Mortgage  Inc. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
        on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
        on behalf of Creditor SANTANDER BANK  N.A. tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Karen E. Alexander, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Case No.  17-18561-pmm |
| | : | |
| | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #108, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #110);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before May 10, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

04/10/2024

/Patricia M. Mayer/
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE