# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KAREN E ALEXANDER<br>    Debtor | Case No. 17-18561-pmm<br><br>Chapter 13 |
| Santander Bank N.A.,<br>    Movant | |
| vs.<br>KAREN E ALEXANDER<br>    Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this 14th day of May, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*

Honorable Patricia M Mayer
United States Bankruptcy Judge