**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KAREN E ALEXANDER<br>　　　　Debtor | Case No. 17-18561-pmm |
| Santander Bank N.A.,<br><br>　　　Movant | Chapter 13 |
| vs.<br>KAREN E ALEXANDER<br>　　　Respondent | 11 U.S.C. §362 |

**ORDER**

　　　　**AND NOW**, this ‗15th‗ day of ‗July‗‗‗‗, 2024, it is hereby **ORDERED** that the corresponding Amended Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.


_____
Honorable Patricia M Mayer
United States Bankruptcy Judge