United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18561-pmm

Karen E. Alexander     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen E. Alexander, 183-A West 65th Avenue, Philadelphia, PA 19120-1035 |
| 14563763 | + | SANTANDER BANK, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14564643 | + | Santander Bank, N.A, c/o Andrew Spivack, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14166135 | | Santander Bank, N.A., (by: Dovenmuehle Mortgage, Inc.), P.O. Box 371306, Pittsburgh, PA 15250-7306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2025 01:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2025 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14031848 | + | Email/Text: bankruptcy@acacceptance.com | Jun 19 2025 01:55:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14111684 | | Email/Text: megan.harper@phila.gov | Jun 19 2025 01:55:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14031849 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2025 01:29:23 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14061033 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2025 02:03:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14031850 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jun 19 2025 01:55:00 | Cbe Group, Attn: Bankruptcy Department, Po Box 900, Waterloo, IA 50704-0900 |
| 14031851 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2025 01:55:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14863316 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 19 2025 01:55:00 | Santander Bank N.A., 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14031852 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 19 2025 01:55:00 | Jared-galleria/genesis, 15220 Nw Greenbrier, Ste, Beaverton, OR 97006-5744 |
| 14104774 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 01:54:00 | PNC BANK, N.A., P.O. Box 94982, CLEVELAND, OH 44101 |
| 14566038 | ^ | MEBN | Jun 19 2025 00:37:44 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14032145 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2025 01:30:48 | PRA Receivables Management, LLC, PO Box |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 18, 2025 | | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14049570 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2025 01:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14049112 | + | Email/Text: DeftBkr@santander.us | Jun 19 2025 01:55:00 | SANTANDER BANK, N.A., 601 PENN STREET, MAIL CODE 10-6438-FB7, READING, PA 19601-3563 |
| 14031853 | + | Email/Text: DeftBkr@santander.us | Jun 19 2025 01:55:00 | Santander Bank N.a., 1130 Berkshire Bv, Wyomissing, PA 19610-1242 |
| 14031854 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2025 02:14:46 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14031855 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 19 2025 02:35:41 | Wells Fargo Bank, Mac-F8235-02f, Po Box 10438, DesMoines, IA 50306-0438 |
| 14897070 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 19 2025 02:04:13 | Wells Fargo Bank N.A. d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14057437 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 19 2025 02:14:27 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14031856 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 19 2025 02:25:18 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DAVID M. OFFEN
on behalf of Debtor Karen E. Alexander dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES A. PROSTKO
on behalf of Creditor SANTANDER BANK  N.A. paeb@fedphe.com

JEROME B. BLANK

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 18, 2025 | Form ID: 138OBJ | Total Noticed: 25

on behalf of Creditor SANTANDER BANK  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Dovenmuehle Mortgage  Inc. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor SANTANDER BANK  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 133 − 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Karen E. Alexander  )  Case No. 17−18561−pmm
 )
 )
Debtor(s).  )  Chapter: 13
 )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                    Eastern District of Pennsylvania
                    900 Market Street
                    Suite 400
                    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 18, 2025                                                        For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court